```
                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| ERVIN BILBILI, et al., | HON. JEROME B. SIMANDLE |
| Plaintiffs, | Civil No. 02-2953 (JBS) |
| v. | |
| CHARLES E. KLEIN, III, et al., | **ORDER** |
| Defendants. | |

This matter is before the Court upon the motions for summary judgment by Defendant Keron Kevin Derod Craig [Docket Item 73,] Defendants Egg Harbor City, the Egg Harbor City Police Department, and James E. McGeary [Docket Item 74,] and Defendant Richard Jankowski [Docket Item 75]; and

The Court having considered the written submissions of the parties; and having heard oral argument at a hearing on March 4, 2005; and

For the reasons stated in the accompanying Opinion;

IT IS this    **14th**    day of June 2005 hereby

ORDERED that the motion for summary judgment by Defendant Keron Kevin Derod Craig [Docket Item 73] shall be **GRANTED** and that **JUDGMENT** will be entered in favor of Defendant Keron Kevin Derod Craig and against Plaintiffs; and

IT IS FURTHER ORDERED that the motion for summary judgment by Defendants Egg Harbor City, the Egg Harbor City Police Department, and James E. McGeary [Docket Item 74] shall be **GRANTED** and that **JUDGMENT** will be entered in favor of Defendants Egg Harbor City, the Egg Harbor City Police Department, and James E. McGeary and against Plaintiffs; and

IT IS FURTHER ORDERED that the motion for summary judgment by Defendant Richard Jankowski [Docket Item 75] will be **GRANTED** and that **JUDGMENT** will be entered in favor of Defendant Richard Jankowski and against Plaintiffs; and

IT IS FURTHER ORDERED that trial has been set for July 18, 2005 at 9:00 a.m.; the Final Pretrial Conference will be convened by the Honorable Joel B. Rosen, U.S. Magistrate Judge, on June 27, 2005 at 2:00 p.m., as to all remaining claims.

**s/ Jerome B. Simandle**
JEROME B. SIMANDLE
U.S. District Judge